# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 825 |
| | : | |
| ORDER REGARDING RULE | : | SUPREME COURT RULES |
| 322 OF THE PENNSYLVANIA | : | |
| BAR ADMISSION RULES | : | DOCKET |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of February, 2020, **IT IS ORDERED** that the Court's order dated January 15, 2020, amending Rule 322 of the Pennsylvania Rules of Bar Admission, is stayed pending further order of the Court.